# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) CRIMINAL NO. 3:20mj 4 |
| | ) |
| v. | ) |
| | ) |
| **ELKE L. JONES,** | ) |
| | ) |
| *Defendant.* | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, ELKE L. JONES, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE
### (Citation No. 9629876)

On or about December 2, 2019, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, and within the jurisdiction of this Court and the special territorial jurisdiction of the United States, defendant, ELKE L. JONES, did willfully and knowingly steal an item of value of the United States of America and a department or agency thereof, said property having a value of less than $1,000, to wit: ELKE L. JONES, did steal eye glasses, of a value of approximately $16.00 from the Fort Lee Post Exchange.

(In violation of Title 18, United States Code, Section 641).

G. ZACHARY TERWILLIGER
ACTING UNITED STATES ATTORNEY

By: _____/s/_____
Gabrielle S. Heim
Special Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Phone: (804) 765-1537
Fax: (804) 765-1950
gabrielle.s.heim.mil@mail.mil